No. 517. AJELLO v. PAN AMERICAN AIRWAYS CORP. ET AL.;

No. 681. ACME-EVANS COMPANY v. NATIONAL LABOR RELATIONS BOARD; and

No. 704. REDUS v. ALABAMA. April 5, 1943. Petitions for rehearing denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications.

No. 566. LAFUENTE v. COUNTY OF LOS ANGELES. April 5, 1943. The third petition for rehearing is denied. MR. JUSTICE MURPHY, MR. JUSTICE JACKSON, and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. —, original. EX PARTE CLARENCE M. HOLMES. April 12, 1943. Petition for rehearing denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 903, October Term, 1941. PEYTON v. RAILWAY EXPRESS AGENCY, INC. ET AL. April 12, 1943. Fourth petition for rehearing denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.